**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| ST. DEVON ANTHONY COVER, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO. 4:12-CV-194-CDL-MSH |
| | : | 28 U.S.C. § 2241 |
| ERIC HOLDER, JANET | : | |
| NAPOLITANO, FELICIA SKINNER, | : | |
| and MICHAEL SWINTON, | : | |
| | : | |
| Respondents. | : | |

**O R D E R**

On August 2, 2012, Petitioner St. Devon Anthony Cover, a detainee at Stewart County Detention Center, filed a motion to seal his petition for writ of habeas corpus under 28 U.S.C. § 2241. Petitioner is not entitled to have his action and all subsequent pleadings filed under seal; nor is he entitled to have his name redacted. Petitioner also seeks to limit online access to the filings in his case. However, pursuant to Federal Rules of Civil Procedure Rule 5.2(c), remote access to the filings in such a case is already limited. Because the Court is denying Petitioner's motion to file this action under seal, the Court will provide Petitioner with fourteen (14) days to voluntarily dismiss his action before filing the petition for habeas relief. Upon expiration of the fourteen days provided for herein, the petition for habeas relief will be filed in an unredacted format.

Furthermore, a review of the record reveals that Petitioner did not submit a filing fee or a motion to proceed *in forma pauperis*. Should Petitioner choose to proceed with

this action, he should submit, within fourteen (14) days of the date of this Order, either a motion to proceed *in forma pauperis* or the $5.00 filing fee.  The clerk is **DIRECTED** to forward a financial affidavit (and certificate) to petitioner, together with a copy of this Order.

Failure to comply with this Order may result in the dismissal of petitioner's petition.  There shall be no service of process in this case until further order of the Court.

SO ORDERED, this 6th day of August, 2012.

                                                  S/ Stephen Hyles
                                                  UNITED STATES MAGISTRATE JUDGE