```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                    COLUMBUS DIVISION

ST. DEVON ANTHYONY COVER,        *

    Petitioner,                  *

vs.                              *
                                     CASE NO. 4:12-CV-194-CDL
ERIC HOLDER, JANET NAPOLITANO,   *
FELICIA SKINNER, and MICHAEL
SWINTON,                         *

    Respondents.                 *
```

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on June 4, 2013. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge recommending dismissal of petitioner's application for habeas relief and related motions based upon lack of jurisdiction and mootness, and makes it the order of this Court.

IT IS SO ORDERED, this 28th day of August, 2013.

                              S/Clay D. Land
                              ───────────────────────────
                                   CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE